FILED

APR 24 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KEVIN FENNICK, )
)
        Plaintiff, )
)
      v. ) Civil Action No. **12 0642**
)
DAMON SAMS, *et al.*, )
)
        Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The Court will grant the application and dismiss the complaint.

Plaintiff alleges that he created a company called Dfs Entertainment in 1993, and that this company was to "promot[e] acting and all other aspects of the entertainment industry." Compl. ¶ 1. It appears that the registration of the company name expired, at which time defendant "Sams licensed the company name" as "an act of revenge" for plaintiff's lawsuit against John Staco. *Id.* ¶ 5. Plaintiff brings "civil conspiracy charges against Damon Sams and the company," and he demands damages of $25 million. *Id.* ¶ 6.

The elements of civil conspiracy are "(1) an agreement between two or more persons; (2) to participate in an unlawful act, or a lawful act in an unlawful manner; (3) an injury caused by an unlawful overt act performed by one of the parties to the agreement; (4) which overt act was done pursuant to and in furtherance of the common scheme." *Halberstam v. Welch*, 705 F.2d 472, 477 (D.C. Cir. 1983). Absent from plaintiff's pleading are any factual allegations relating to any of the elements of a conspiracy claim. As drafted, the complaint fails to state a claim

1



upon which relief can be granted, and, therefore, the complaint will be dismissed. An Order

accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: April 14, 2012